UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT PANN,

                    Plaintiff,                      Case No. 1:22-cv-30

v.                                                  Honorable Paul L. Maloney

UNKNOWN BURT et al.,

                    Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure

to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   June 14, 2022                         /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge